■ Glykeria Mallios, Appellant, v B. Smith's Restaurant, Respondent. [778 NYS2d 271]—Order, Supreme Court, New York County (Marcy S. Friedman, J.), entered September 3, 2003, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff fails to adduce evidence as to the cause of her fall. Her assumption that she slipped on improperly applied floor wax is unsupported by evidentiary facts (*see Caran v Hilton Hotels Corp.*, 299 AD2d 252 [2002]). Concur—Tom, J.P., Saxe, Ellerin, Marlow and Catterson, JJ.